```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 03744
   GREGORY MICHAEL ALLISON
   SANDRA RUBY ALLISON                       CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5317    SSN XXX-XX-2914

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/06/2006 and was confirmed 06/19/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

    The case was dismissed after confirmation 03/02/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED          30084.36      4966.47       15473.57
FORD CREDIT                UNSECURED       NOT FILED          .00            .00
HSBC AUTO FINANCE          SECURED           9000.00      1461.80        4777.34
AFFILIATED RADIOLOGISTS    UNSECURED       NOT FILED          .00            .00
AMERICAN GENERAL FINANCE   UNSECURED          3524.56         .00            .00
ARMOR SYSTEMS CORP         UNSECURED       NOT FILED          .00            .00
AT & T WIRELESS            UNSECURED       NOT FILED          .00            .00
CAPITAL ONE                UNSECURED           452.80         .00            .00
CAPITAL ONE                UNSECURED              .00         .00            .00
LOYOLA HEALTH              UNSECURED       NOT FILED          .00            .00
LOYOLA HEALTH              UNSECURED       NOT FILED          .00            .00
LOYOLA HOSPITAL            UNSECURED       NOT FILED          .00            .00
LOYOLA HOSPITAL            UNSECURED       NOT FILED          .00            .00
LOYOLA UNIVERSITY          UNSECURED       NOT FILED          .00            .00
M3 FINANCIAL SVCS          UNSECURED       NOT FILED          .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED       NOT FILED          .00            .00
NUVELL CREDIT CO LLC       UNSECURED         17070.81         .00            .00
RUSH PRESBYTERIAN ST LUK   UNSECURED       NOT FILED          .00            .00
RUSH PRES ST LUKES MEDIC   UNSECURED       NOT FILED          .00            .00
MRSI                       NOTICE ONLY     NOT FILED          .00            .00
RUSH PRESBYTERIAN ST LUK   UNSECURED       NOT FILED          .00            .00
RUSH-PRESBYTERIAN ST LUK   UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS SYS    NOTICE ONLY     NOT FILED          .00            .00
RUSH PRESBYTERIAN ST LUK   UNSECURED       NOT FILED          .00            .00
NATIONWIDE CREDIT & COLL   NOTICE ONLY     NOT FILED          .00            .00
SPRINT                     UNSECURED       NOT FILED          .00            .00
UNIVERSITY PATHOLOGISTS    UNSECURED       NOT FILED          .00            .00
UNITED COLLECTION BUREAU   UNSECURED            48.60         .00            .00
MAGES & PRICE              NOTICE ONLY     NOT FILED          .00            .00
UNIVERSITY PATHOLOGISTS    UNSECURED       NOT FILED          .00            .00
UNITED COLLECTION BUREAU   NOTICE ONLY     NOT FILED          .00            .00
UNIVERSITY PATHOLOGISTS    UNSECURED       NOT FILED          .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 03744 GREGORY MICHAEL ALLISON & SANDRA RUBY ALLISON
```

```
UNITED COLLECTION BUREAU  NOTICE ONLY    NOT FILED              .00           .00
UNIVERSITY PATHOLOGISTS   UNSECURED      NOT FILED              .00           .00
UNITED COLLECTION BUREAU  NOTICE ONLY    NOT FILED              .00           .00
UNIVERSITY PATHOLOGISTS   UNSECURED      NOT FILED              .00           .00
UNITED COLLECTION BUREAU  NOTICE ONLY    NOT FILED              .00           .00
UNIVERSITY PATHOLOGISTS   UNSECURED      NOT FILED              .00           .00
UNITED COLLECTION BUREAU  NOTICE ONLY    NOT FILED              .00           .00
UNIVERSITY SURGEONS       UNSECURED         103.00              .00           .00
ACTIVITY COLLECTION SVC   NOTICE ONLY    NOT FILED              .00           .00
US DEPT OF EDUCATION      UNSECURED       10683.61              .00           .00
ROUNDUP FUNDING LLC       UNSECURED        9364.52              .00           .00
HSBC AUTO FINANCE         UNSECURED        3457.56              .00           .00
US DEPT OF EDUCATION      UNSECURED        4876.39              .00           .00
US DEPT OF EDUCATION      UNSECURED       10433.16              .00           .00
US DEPT OF EDUCATION      UNSECURED       13713.60              .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY      2,000.00                        794.84
TOM VAUGHN                TRUSTEE                                        1,780.14
DEBTOR REFUND             REFUND                                              .00
```

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  29,254.16

PRIORITY                                                .00
SECURED                                           20,250.91
    INTEREST                                       6,428.27
UNSECURED                                               .00
ADMINISTRATIVE                                       794.84
TRUSTEE COMPENSATION                               1,780.14
DEBTOR REFUND                                           .00
                        ---------------      ---------------
TOTALS                   29,254.16                29,254.16

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/26/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 06 B 03744  GREGORY MICHAEL ALLISON & SANDRA RUBY ALLISON